UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIE I. TANSER (KEYE)

                Plaintiff,

-against-

SURROGATE COURT, ET AL.,

                Defendants.

23-CV-1893 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated May 5, 2023, the Court held that Plaintiff's allegations failed to state a claim under 42 U.S.C. § 1983, and granted her leave to file an amended complaint within 30 days. The Court stated that if Plaintiff did not file an amended complaint within the time allowed, the matter would be dismissed. Plaintiff has not filed an amended complaint, and the time to do so has expired. Accordingly, the Court dismisses Plaintiff's complaint for failure to state a claim on which relief can be granted. The Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction of any state law claims that Plaintiff may be asserting.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is directed to enter judgment in this matter.

SO ORDERED.

Dated:   July 12, 2023
           New York, New York

                                  /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                              Chief United States District Judge